UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

VERRAGIO, LTD.,

          Plaintiff,

vs.

GABRIEL JEWELRY REFINING CORP.

          Defendant.

Case No. 1:18-cv-01681-RJS

---

## STIPULATION FOR ENTRY OF CONSENT JUDGMENT AND PERMANENT INJUNCTION ORDER

Plaintiff Verragio, Ltd. ("Verragio"), through its undersigned counsel, and Defendant Gabriel Jewelry Refining Corp. d/b/a Gabriel Jewelry d/b/a Gabriel And Loren K ("Defendant"), through undersigned counsel, stipulate and agree as follows:

1. On February 23, 2018, Verragio filed a complaint for Copyright Infringement and Trademark Infringement under the Trademark and Copyright Laws of the United States, 15 U.S.C. §§ 1051, et seq., and 17 U.S.C. §§ 101, *et seq*, respectively. *See* Compl. ECF No.:1.

2. On April 16, 2018, Defendant filed an Answer and Affirmative Defenses denying the allegations in the Complaint. *See* Ans. Compl. ECF No.: 11.

3. Defendant wishes to resolve this matter, without any admission of liability, and hereby consents to entry of final judgment in the above-captioned case and entry of the following Permanent Injunction Order against Defendant.

4. This Court has subject-matter and personal jurisdiction over Defendant.

5. The parties waive the entry of findings of fact and conclusions of law under Rules 52 and 65 of the Federal Rules of Civil Procedure.

6. The Permanent Injunction Order will be entered under Federal Rule of Civil Procedure 65 and will constitute the final judgment in this matter. The parties waive the right to appeal from this judgment and will bear their own costs, including any attorneys' fees or other expenses of this litigation.

7. This Court should retain jurisdiction over this matter for the purpose of implementing and enforcing the Permanent Injunction Order. If Defendant violates the Permanent Injunction Order it may be subject to sanctions for contempt of court.

## FINAL JUDGMENT AND PERMANENT INJUNCTION ORDER

**IT IS ORDERED, ADJUDGED AND DECREED** that:

1. Defendant and Defendant's officers, directors, employees, representatives, agents, successors-in-interest, parent corporations, subsidiary corporations, legal entities or persons controlled by Defendant, and all other persons who are in active concert or participation with them (collectively, the "Enjoined Parties"), are hereby permanently enjoined from:

   a. Copying or making unauthorized use of, or engaging in any unauthorized distribution of products protected by the copyrights to Verragio's jewelry designs with Style Nos. AFN 5013 R-4 (VAu 1-027-588), AFN 5027 (VA 1-798-162), AFN 5052 (VA 1-974-011), AFN 5066R (VA 1-969-272), AFN 5066CU (VA 1-969-244), AFN 5067CU (VA 1-968-522), ENG 0429 (VA 1-961-142), ENG 0416W (VA 1-848-306), INS 7063 (VA 1-818-586), INS 7070CU (VA 1-818-657), INS 7070P (VA 1-824-667), INS 7074P (VA 1-809-371), INS 7074R (VA 1-818-661), INS 7082 (VA 1-893-429), PAR 3042R (VA 1-703-542) and PAR 3062P (VAu 969-039), (collectively "the Verragio Copyrights") or rings that are substantially similar to the Verragio Copyrights. Copies of the Verragio Copyrights are attached to this Final Judgment And Permanent Injunction as Exhibit A;

   b. Copying or making unauthorized use of, or engaging in any unauthorized distribution of products protected by the trademark in the Verragio Crest which is the

subject of the United States Registration No. 5,467,684 or rings that contain a mark that is confusingly similar to the Verragio Crest. A copy of the Verragio Crest trademark is attached to this Final Judgment And Permanent Injunction as Exhibit B;

      c.     Selling, distributing, advertising, manufacturing or purchasing any rings of the rings sold or offered for sale by Defendant that are pictured in Exhibit C to this Final Judgment and Permanent Injunction; and

      d.     Knowingly assisting, aiding or abetting any other person or business entity in engaging in or performing any of the activities referred to in subparagraphs 5(a) through 5(c) above.

      6.     The parties waive notice of entry of this Final Judgment and Permanent Injunction and the right to appeal therefrom or to test its validity and consent to its immediate entry in accordance with its terms. This Court expressly retains jurisdiction over this matter to enforce, implement or construe this Consent Judgment and Permanent Injunction.

SO ORDERED.

DATED: _____                   _____
                                                         United States District Judge

APPROVED AS TO FORM AND CONTENT

TUCKER ELLIS LLP

Attorneys for Plaintiff

/s/ Howard A. Kroll
Howard A. Kroll
515 South Flower Street
Forty-Second Floor
Los Angelesw, CA  90071
Tel (213) 430-3400
howard.kroll@tuckerellis.com

Law Offices of Jan Meyer & Associates, P.C.

Attorneys for Defendant

Jonathan L. Leitman
1029 Teaneck Road
Second Floor
Teaneck, NJ  07666
Tel (201) 862-9500
jleitman@janmeyerlaw.com

4